ELY ROSENBERG, Suing on Behalf of Himself and Others, Respondent, *v.* MOUNT CARMEL CEMETERY ASSOCIA-TION et al., Defendants, and HANNAH SULLIVAN, as Receiver of the Estate of TIMOTHY D. SULLIVAN, Deceased, Appellant.

*Injunction — prosecution of action at law against cemetery association to recover amounts alleged to be due on certificates of indebtedness improperly enjoined.*

*Rosenberg* v. *Mount Carmel Cemetery Assn.,* 217 App. Div. 780, reversed.

(Argued January 11, 1927; decided February 23, 1927.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 25, 1926, which affirmed an order of Special Term granting a motion to continue *pendente lite* an injunction restraining certain of the defendants from prosecuting actions at law upon certifi-cates of indebtedness issued by Mount Carmel Cemetery Association.

The following question was certified:

" Was the court below warranted in granting an injunc-tion to restrain the prosecution of the action at law, brought by the defendants, Hannah Sullivan, as receiver, etc., Louis Singer, Elias Schlein, Morris Cohen, Arthur R. Perls against the Mount Carmel Cemetery Association? "

*Abraham Benedict, Gustavus A. Rogers* and *Edith H. Kunen* for appellant.

*Clinton T. Roe, Ely Rosenberg* and *Adela Heller* for respondent.

Order of Appellate Division and that of Special Term reversed and motion denied, with costs in all courts; question certified answered in the negative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS and LEHMAN, JJ.　Absent: KELLOGG, J.